IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01101-RPM-MEH

JOSEPH KALISH,

    Plaintiff,

v.

NCB MANAGEMENT SERVICES, INC.,

    Defendant.

_____

### ORDER FOR DISMISSAL
_____

    Pursuant to the Notice of Settlement [13], filed by defendant on September 17, 2009, and the Notice of Voluntary Dismissal [14], filed by plaintiff on October 2, 2009, it is

    ORDERED that this case is dismissed with prejudice.

    DATED:   October 6th, 2009

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge